BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



FILED
DEC 31 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-0109 SKO |
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| ARMANDO PULIDO, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reason.

The defendant was apprehended in Mexico yesterday and has arrived in the United States for prosecution in Stanislaus County Superior Court for violations of California Penal Code Sections 187(a) (Murder), 186.22(b)(1) (gang enhancement), and 12022.53(d) and (e)(1) (use of a firearm enhancement), the predicate offenses for the federal complaint alleging unlawful flight to avoid apprehension. It is also requested that the arrest warrant that issued herein be recalled.

Dated: December 31, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED this 31st day of December, 2014.

_____
STANLEY A. BOONE
U.S. MAGISTRATE JUDGE